JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HARRISON,<br><br>            Petitioner,<br><br>            v.<br><br>UNKNOWN,<br><br>            Respondent. | Case No. 2:18-09882 DMG (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE